AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>deGravelles, John W. | 2. Court or Organization<br><br>US District Court, Louisiana, Middle District | 3. Date of Report<br><br>07/26/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual    ☐ Final<br><br>5b. ☑   Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

| 7. Chambers or Office Address<br><br>John W. deGravelles<br>777 Florida Street, Suite 355<br>Baton Rouge, LA 70801 |
|---|
| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | deGravelles Enterprises, LLC |
| 2. | Member | deGravelles Family II, LLC |
| 3. | Member | deGravelles Family III, LLC |
| 4. | Partner | DPHF Company |
| 5. | Guest Lecturer and Instructor | Louisiana State University - Paul M. Hebert Law Center |
| 6. | Guest Lecturer | Tulane University Law School |
| 7. | Partner | Due', Dodson and deGravelles d/b/a Sharlow Terrance II - See Section VIII |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 7/23/2014 | John Neale deGravelles, LLC - See Part VIII for terms |
| 2. | 12/20/2013 | deGravelles, Palmintier, Holthaus & Fruge' - See Part VIII for terms |
| 3. | 3/2/2015 | Louisiana State University - Lecturer - Course on Federal Courts - January 12, 2016 - April 28, 2016 |
| 4. | 3/2/2016 | Louisiana State University - Lecturer - Course on Federal Courts - January 17, 2017 - April 27, 2017 |

| Name of Person Reporting | Date of Report |
|---|---|
| **deGravelles, John W.** | 07/26/2017 |

| | |
|---|---|
| 5. 1/1/2016 | Tulane University Law School - Lecturer - Course on Maritime Personal Injury - May 23, 2016 - June 10, 2016 |
| 6. 6/18/2015 | Michael C. Palmintier, APLC - See Part VIII for terms |
| 7. 10/11/2016 | Tulane University Law School - Lecturer - Course on Maritime Personal Injury - May 29, 2017 - June 16, 2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | Louisiana State University | $2,656.52 |
| 2. | 2016 | West Publishing Corporation. - Book Royalties | $2,031.74 |
| 3. | 2016 | The Administrators of the Tulane Education Fund - Guest Lecturer Fee | $6,000.00 |
| 4. | 2016 | deGravelles, Palmintier, Holthaus, Fruge' - Prior Fees Earned - See Part II Agreements | $1,109,892.30 |
| 5. | 2016 | John Neale deGravelles, LLC - Prior Fees Earned - See Part II Agreements | $2,654.12 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The University of Texas at Austin | 1/20/2016 - 1/21/2016 | Houston, TX | Non-FJC Educational Seminar/Program | Travel |
| 2. | The University of Texas at Austin | 3/4/2016 - 3/4/2016 | San Francisco, CA | Non-FJC Educational Seminar/Program | Travel & Lodging |
| 3. | Baton Rouge Bar Association | 7/20/2016 - 7/22/2016 | Point Clear, AL | Baton Rouge Bench Bar Conference | Travel, Lodging & Meals |
| 4. | New York University School of Law | 11/10/2016 - 11/14/2016 | Manhasset, NY | Non-FJC Educational Seminar/Program | Travel, Lodging & Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 07/26/2017 |

5. _____  _____  _____  _____  _____

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Bank | Mortgage on Rental Prop held in DPHF Company, LLC (Part VII, Line 128) | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 07/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. deGravelles Enterprises, LLC - Wilkinson County, MS | | None | O | U | | | | | |
| 2. deGravelles Family II, LLC - Baton Rouge, LA | A | Rent | M | Q | | | | | |
| 3. deGravelles Family III, LLC - Wilkinson County, MS | | None | O | Q | | | | | |
| 4. Chase Cash Accounts | A | Interest | K | T | | | | | |
| 5. IRA #1 | | | | | | | | | |
| 6. -Morgan Stanley Cash Account | A | Interest | J | T | | | | | |
| 7. -Consulting Group Govt MMKT (TGMXX) | | | | | Sold | 04/08/16 | J | A | |
| 8. | | | | | Sold (part) | 01/12/16 | J | A | |
| 9. -Consulting Group Emrg Market Equity Invest (TEMUX) | A | Dividend | K | T | Buy (add'l) | 04/22/16 | J | | |
| 10. | | | | | Sold (part) | 10/11/16 | J | A | |
| 11. -Consulting Group International Equity Inv (TIEUX) | A | Dividend | K | T | Buy (add'l) | 04/22/16 | J | | |
| 12. -Consulting Group Large Cap Value Eq (TLVUX) | A | Dividend | | | Sold | 02/08/16 | L | A | |
| 13. -Consulting Group Large Cap Growth Inv (TLGUX) | | | | | Merged (with line 14) | 02/08/16 | L | | |
| 14. -Consulting Group Large Cap Eq Inv (TLGUX) | C | Dividend | M | T | Buy (add'l) | 02/08/16 | L | | |
| 15. | | | | | Sold (part) | 04/22/16 | J | A | |
| 16. | | | | | Sold (part) | 07/15/16 | J | A | |
| 17. -Consulting Group Small Cap Growth Inv (TSGUX) | | | | | Merged (with line 18) | 02/08/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 07/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Consulting Group Small MD Cap Eq Inv (TSGUX) | B | Dividend | L | T | Buy (add'l) | 02/08/16 | K | | |
| 19. | | | | | Buy (add'l) | 04/22/16 | J | | |
| 20. | | | | | Sold (part) | 04/26/16 | J | A | |
| 21. -Consulting Group Small Cap Value Equity Inv (TSVUX) | A | Dividend | | | Sold | 02/08/16 | K | A | |
| 22. Allianz Life Valuemark III Annuity | | | | | | | | | |
| 23. -Franklin Global Real Estate (Y) | | | | | | | | | |
| 24. -AZL Schroder Emg Mkts Ea Cl 1 | | None | L | T | | | | | |
| 25. -Franklin Mutual Shares | | None | M | T | | | | | |
| 26. -Franklin Large Cap Growth Sec (Y) | | | | | | | | | |
| 27. -Franklin Small-Mid Cap Growth (Y) | | | | | | | | | |
| 28. -Templeton Foreign Securities (Y) | | | | | | | | | |
| 29. -Franklin Rising Dividends Secs | | None | M | T | | | | | |
| 30. -AZL MS Global Real Estate C1(X) | | None | M | T | | | | | |
| 31. -AZL Russell 1000 Growth IDX (X) | | None | K | T | | | | | |
| 32. -AZL International Index (X) | | None | L | T | | | | | |
| 33. -AZL Mid Cap Index Fund (X) | | None | M | T | | | | | |
| 34. Lincoln American Legacy Design 2 Annuity | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 07/26/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   -American Fd International | None | | M | T | | | | | |
| 36.   -American Fd Growth - Income | None | | M | T | | | | | |
| 37.   -American Fd High Inc Bond | None | | L | T | | | | | |
| 38.   -American Fd Growth | None | | M | T | | | | | |
| 39.   Prudential Annuity | | | | | | | | | |
| 40.   -AST Loomis Sayles Large-Cap Growth | None | | L | T | | | | | |
| 41.   -AST MFS Growth | None | | L | T | | | | | |
| 42.   -AST T. Rowe Price Natural Resources | None | | K | T | | | | | |
| 43.   -AST JP Morgan International Equity | None | | K | T | | | | | |
| 44.   -AST Templeton Global Bond | None | | J | T | | | | | |
| 45.   -NVIT Emerging Markets Fund | None | | J | T | | | | | |
| 46.   -AST Goldman Sachs Mid Cap Growth | None | | L | T | | | | | |
| 47.   Transamerica Retirement Plus Annuity | | | | | | | | | |
| 48.   -BlackRock Global Alloc V1 | None | | O | T | | | | | |
| 49.   -BlackRock High Yield Fund | None | | L | T | | | | | |
| 50.   -BlackRock Gov't Money Market VI | None | | J | T | | | | | |
| 51.   -BlackRock S&P 500 Index VI | None | | O | T | | | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 07/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -PIMCO Total Return | | None | M | T | | | | | |
| 53. Eaton Vance Tax Managed Growth Fund | A | Dividend | L | T | | | | | |
| 54. Unit Quality Municipal National Long Term 109 MPS | B | Int./Div. | K | T | | | | | |
| 55. Morgan Stanley Managed Bond Account #1 | | | | | | | | | |
| 56. -Morgan Stanley Money Market Account | A | Int./Div. | K | T | | | | | |
| 57. -Arizona Trans Board | D | Interest | | | Sold | 04/04/16 | M | D | |
| 58. -California St Pub Wks Brd | D | Interest | | | Sold | 11/30/16 | M | B | |
| 59. -California St General Obligation | D | Interest | M | T | | | | | |
| 60. -Chicago IL Transit Auth | C | Interest | M | T | | | | | |
| 61. -Energy Northwest Wash Elec Col UM Generating | A | Interest | K | T | | | | | |
| 62. -Florida St Dept Transn Seaport Invt Program Rev | B | Interest | K | T | | | | | |
| 63. -Harris Cnty Tex Met Tran Auth Sales & Use | A | Interest | K | T | | | | | |
| 64. -Los Angeles Ca Dept Arpts | B | Interest | | | Sold | 06/20/16 | L | D | |
| 65. -Lucas Cnty Ohio Hosp Ref Rev Ser-D | A | Interest | K | T | | | | | |
| 66. -Metropolitan Transportation Auth NY Trans Rev Ref | C | Interest | M | T | | | | | |
| 67. -Metropolitan Transportation Auth NY Trans Rev Series B | C | Interest | M | T | | | | | |
| 68. -Metropolitan Trans Auth NY Rev-B | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 07/26/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Minnesota St Genl Fund Appropriation | D | Interest | | | Sold | 09/14/16 | M | B | |
| 70. -New Hampshire St Tpk Sys Rev | C | Interest | M | T | | | | | |
| 71. -New Jersey Econ Dev Auth | C | Interest | | | Sold | 04/22/16 | M | A | |
| 72. -New Jersey Econ Dev Auth School Facs | A | Interest | | | Sold | 06/28/16 | K | A | |
| 73. -New Jersey Turnpike Authority | C | Interest | M | T | | | | | |
| 74. -New York NY City Trnstnl Fin Auth | B | Interest | L | T | | | | | |
| 75. -Reedy Creek FL Impt Dist Utilities Rev Ref-1 | C | Interest | L | T | | | | | |
| 76. -Sales Tax Asset Receivable Corp Rev-A | B | Interest | | | Sold | 01/08/16 | M | D | |
| 77. -San Antonio TX Wtr Sys Jr Lien Rev Ref-A | C | Interest | M | T | | | | | |
| 78. -University Minn | D | Interest | M | T | | | | | |
| 79. -University Tex Univ Revs Ref Ser-F | B | Interest | | | Sold | 11/17/16 | K | A | |
| 80. -Washington Hlth Care Facs | B | Interest | L | T | | | | | |
| 81. -Dallas Tex Area Rapid Tran | C | Interest | M | T | | | | | |
| 82. -Montgomery Tex Indpt Sch Dist | C | Interest | M | T | | | | | |
| 83. -Wisconsin St Clean Wtr | C | Interest | M | T | | | | | |
| 84. -Miami-Dade Cnty Fl Wtr and Swr | C | Interest | L | T | | | | | |
| 85. -Port Auth NY & NJ Consolidated | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 07/26/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Texas Transp Commn St Hwy Fund | C | Interest | M | T | | | | | |
| 87. -Oregon St Dept of Admin Serv Lottery | D | Interest | M | T | | | | | |
| 88. -Iowa Fin Auth Green St | D | Interest | M | T | | | | | |
| 89. -Virginia St Pub Sch Auth | C | Interest | M | T | | | | | |
| 90. -Washington St for Issues | D | Interest | M | T | | | | | |
| 91. -Michigan Dept of Transportation | | None | L | T | Buy | 07/14/16 | L | | |
| 92. -Colorado Health Facs Auth | A | Interest | L | T | Buy | 06/23/16 | L | | |
| 93. -Metropolitan Trans Auth NY Dedicated | C | Interest | L | T | Buy | 03/03/16 | L | | |
| 94. -Boston Mass Wtr & Swr Comm | A | Interest | M | T | Buy | 08/17/16 | M | | |
| 95. -California St Genl Oblig Various | | None | M | T | Buy | 11/30/16 | M | | |
| 96. -City of Chicago Chicago O'Hare Intl Airp | | None | L | T | Buy | 07/12/16 | L | | |
| 97. Morgan Stanley Managed Bond Account #2 | | | | | | | | | |
| 98. -Morgan Stanley Cash Account | A | Interest | J | T | | | | | |
| 99. -Arizona Trans Brd | A | Interest | | | Sold | 11/02/16 | J | A | |
| 100. -Atlanta GA ARPT Passenger FAC | A | Interest | K | T | | | | | |
| 101. -California St General Oblig | A | Interest | | | Sold | 10/04/16 | J | A | |
| 102. -District Columbia Income Tax Rev-F | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 07/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Dormitory Authority of the State of New York Stat | A | Interest | J | T | | | | | |
| 104. -Houston Tex Util Sys First Lien | A | Interest | | | Sold | 03/01/16 | J | A | |
| 105. -Kentucky Turnpike Auth Econ Dev Rd | A | Interest | J | T | | | | | |
| 106. -Louisiana St Gasoline and Fuels Tax Revenue Ref Series A | A | Interest | J | T | | | | | |
| 107. -Louisiana St Highway Impt | A | Interest | J | T | | | | | |
| 108. -Minnesota Pub Facs Auth | A | Interest | J | T | | | | | |
| 109. -Missouri Hghwys & Transpt Commfirst Lien | A | Interest | J | T | | | | | |
| 110. -New York St Urban Dev Corp Contract | A | Interest | | | Sold | 11/30/16 | J | A | |
| 111. -Ohio State Cap FACS Lease Appropriation Ser-B | A | Interest | J | T | | | | | |
| 112. -Pennsylvania Econ Dev Fing AU Unemployment Compensation | A | Interest | | | Sold | 03/29/16 | J | A | |
| 113. -Phoenix Ariz Civic Impt Corp Wtr Sys Rev | A | Interest | J | T | | | | | |
| 114. -Rhode Island Clean Wtr Fin AGYWTR Pollu | A | Interest | | | Sold | 03/14/16 | J | A | |
| 115. -University Minn | A | Interest | J | T | | | | | |
| 116. -Utah Cnty Utah Hosp Rev Ice Health Services | A | Interest | K | T | | | | | |
| 117. -Miami-Dade Cnty FL WTR and SWR | A | Interest | J | T | | | | | |
| 118. -Louisiana St Gas & Fues Tax - B | A | Interest | J | T | | | | | |
| 119. -Garland Tex Indpt Sch Dist | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 07/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -State of Oregon Genl Oblig | A | Interest | J | T | | | | | |
| 121. -Oregon St General Obligation | A | Interest | | | Sold | 01/07/16 | J | A | |
| 122. -Sales Tax Asset Receivable | A | Interest | J | T | | | | | |
| 123. -New Jersey St Tpk Auth | A | Interest | J | T | | | | | |
| 124. -Utility Debt Secur Auth | A | Interest | J | T | Buy | 03/02/16 | J | | |
| 125. -Oklahoma City Okla Wtr Utils | | None | J | T | Buy | 11/04/16 | J | | |
| 126. -Tarrant Regl Wtr Dis Tex | A | Interest | J | T | Buy | 04/07/16 | J | | |
| 127. -Wisconsin St Clean Wtr | A | Interest | J | T | Buy | 03/16/16 | J | | |
| 128. -California St Genl Obl | | None | J | T | Buy | 11/30/16 | J | | |
| 129. -Massachusetts Wtr Res Auth | A | Interest | J | T | Buy | 04/15/16 | J | | |
| 130. Morgan Stanley Managed Stock Account | | | | | | | | | |
| 131. -Morgan Stanley Cash Mgmt Account | A | Interest | J | T | | | | | |
| 132. -CONSULTING GRP EMRG MKT EQ INV (TEMUX) | C | Dividend | N | T | | | | | |
| 133. -CONSULTING GRP INTL EQ INVEST (TIEUX) | D | Dividend | N | T | | | | | |
| 134. -CONSULTING GRP LG CAP VAL EQ (TLVUX) | B | Dividend | | | Merged (with line 135) | 02/08/16 | O | | |
| 135. -CONSULTING GRP LG CP EQ INVEST (TLGUX) | E | Dividend | P1 | T | | | | | |
| 136. | | | | | Sold (part) | 01/15/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 07/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 04/14/16 | J | A | |
| 138. | | | | | Sold (part) | 07/15/16 | J | A | |
| 139. | | | | | Sold (part) | 10/14/16 | J | A | |
| 140. -CONSULTING GRP SM CP EQ INVEST (TSGUX) | D | Dividend | O | T | | | | | |
| 141. -CONSULTING GRP SM CP VL EQ INV (TSVUX) | B | Dividend | | | Merged (with line 140) | 02/08/16 | N | | |
| 142. Morgan Stanley Cash Account #1 | A | Interest | M | T | | | | | |
| 143. DPHF Company, LLC - Baton Rouge, LA | F | Rent | N | U | | | | | |
| 144. Scott Fruge' - Personal Loan - Note Receivable | | None | N | T | | | | | |
| 145. Morgan Stanley Cash Account #2 | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 15 of 16

Name of Person Reporting

deGravelles, John W.

Date of Report

07/26/2017

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Positions - The position of Partner in the entity of Due', Dodson and deGravelles d/b/a Sharlow Terrace II has been added for the 2016 reporting year. This entity was formed in 1982 and has been dissolved for 30+ years; however, the entity continues to reflect an active status with the Louisiana Secretary of State's Office. The necessary steps are currently being taken to formally dissolve the Partnership.

Agreements - Additional Information:

John Neale deGravelles Law, LLC - The terms of the agreement are for a fixed and determinable amount (subject to showing the amount received is rationally based upon the services rendered by John W. deGravelles or, if said amount is not so rationally based, then the maximum amount which is so rationally based) to be paid to John W. deGravelles for fees related to specific cases for which legal services were rendered prior to appointment to the bench should fees and/or advanced costs payments related to these cases be received by the firm of John Neale deGravelles Law, LLC.

deGravelles, Palmintier, Holthaus & Fruge' - The terms of the agreement are for a fixed calculation of fees (subject to showing the amount received is rationally based upon the services rendered by John W. deGravelles or, if said amount is not so rationally based, then the maximum amount which is so rationally based) to be paid to John W. deGravelles for legal services rendered in specific cases prior to his appointment to the bench should fees related to these cases be received by deGravelles, Palmintier, Holthaus & Fruge'. The portion of fees that would be received by deGravelles, Palmintier, Holthaus & Fruge' and result in payment to John W. deGravelles is based upon an agreement dated April 20, 2010 between deGravelles, Palmintier, Holthaus & Fruge', Dodson, Hooks & Frederick, APLC and Walters, Papillion, Thomas, Cullens, LLC for the same specifc cases for which legal services were rendered prior to appointment to the bench and contains a fixed calculation of fees to be received by each group listed should fees be collected related to those cases.

Michael C. Palmintier, APLC - The terms of the agreement are for a fixed calculation of cost reimbursements (subject to showing the amount received is rationally based upon the services rendered by John W. deGravelles or, if said amount is not so rationally based, then the maximum amount which is so rationally based) to be paid to John W. deGravelles for reimbursement of costs paid in a specific case prior to his appointment to the bench. The portion of reimbursement that would be received by Michael C. Palmintier, APLC and result in payment to John W. deGravelles is based upon an agreement dated June 18, 2015 between Michael C. Palmintier, APLC and the MR-GO Litigation Group.

Part VII -

Line 2 - Appraisal Dated - 9/3/2012

Line 3 - Appraisal Dated - 1/10/2014

The value of the annuities listed on lines 11 - 41 increase and decrease based on changes in market value.

(X) - These securities were held in the Allianz Life Valuemark III Annuity and were exchanged in October 2016 for the securities noted with (Y). The investments held and transactions which occur inside of the Allianz Annuity account are completely controlled by Allianz.

(Y) - These securities were received in exchange for the securities referenced above in October 2016.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John W. deGravelles**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544